THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>PORT MACHINE WORKS, INC., a Washington Corporation, UBI No. 600623704,<br><br>Defendant. | NO. 2:17-cv-00326-RSL<br><br><br><br>DEFAULT JUDGMENT |

Port Machine Works, Inc., defendant herein, having been served with the Complaint via legal process server on May 23, 2017; the defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Western Metal Industry Pension Fund have a judgment resulting from the defendant's

failure to pay its employee benefit contributions, liquidated damages, interest, and attorney fees and costs for the delinquent period of November 2016 through February 2017 and to recover from the defendant Port Machine Works, Inc. as follows:

$10,366.45, comprised of $7,031.50 in contributions, $703.15 in liquidated damages, $379.80 in interest, $400 in referral attorney fees, and $1,852.00 in litigation attorney fees and costs.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

SO ORDERED this 3rd day of August, 2017.

Robert S. Lasnik
United States District Judge

DEFAULT JUDGMENT – 2
Cause No. 2:17-cv-00326-RSL